1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CONTEMPORARY SERVICES
CORPORATION, a California
corporation,

            Plaintiff,

        v.

LANDMARK EVENT STAFFING
SERVICES, INC., a Delaware
corporation, PETER KRANSKE, an
individual, and MICHAEL HARRISON,
and individual,

            Defendants.

**CASE NO.  SACV09-00681 AG (ANx)**

**JUDGMENT**


Action Filed:        June 2, 2009
Action Removed:  June 9, 2009
Trial Date:           None set

PRINTED ON

RECYCLED PAPER

[PROPOSED] JUDGMENT

1    WHEREAS Plaintiff Contemporary Services Corporation ("CSC") filed

2 a complaint (the "Complaint") against Defendants Landmark Event Staffing

3 Services, Inc., Peter Kranske and Michael Harrison (collectively, "Defendants");

4    WHEREAS on July 31, 2009, the Court ordered the dismissal of the

5 entire Complaint without leave to amend pursuant to Rule 12(b)(6) of the Federal

6 Rules of Civil Procedure (the "Dismissal Order");

7    Pursuant to and in accordance with the Dismissal Order, JUDGMENT

8 IS HEREBY ENTERED AS FOLLOWS:

9    1.    Defendants are entitled to judgment, and CSC shall take nothing,

10 on the Complaint, and on each and every cause of action contained therein;

11    2.    Defendants are entitled to its costs of suit, as the prevailing

12 parties, against CSC.  This judgment may be further modified to specify the amount

13 of costs of suit and

14

15 DATED:  August 17, 2009    _____

16                            U.S. District Court Judge Andrew J. Guilford

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

- 1 -    [PROPOSED] JUDGMENT