UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, and individual,<br><br>Defendants. | **CASE NO. SACV09-00681 AG (ANx)**<br><br>**CORRECTED JUDGMENT**<br><br>Action Filed:    June 2, 2009<br>Action Removed: June 9, 2009<br>Trial Date:         None set |

WHEREAS Plaintiff Contemporary Services Corporation ("CSC") filed a complaint (the "Complaint") against Defendants Landmark Event Staffing Services, Inc., Peter Kranske and Michael Harrison (collectively, "Defendants");

WHEREAS on July 31, 2009, the Court ordered the dismissal of the entire Complaint without leave to amend pursuant to Rule 12(b)(6) of the Federal

1   Rules of Civil Procedure (the "Dismissal Order");

2       Pursuant to and in accordance with the Dismissal Order, JUDGMENT
3   IS HEREBY ENTERED AS FOLLOWS:

4       1.    Defendants are entitled to judgment, and CSC shall take nothing,
5   on the Complaint, and on each and every cause of action contained therein;

6       2.    Defendants are entitled to their costs of suit, as the prevailing
7   parties, against CSC.  This judgment may be further modified to specify the amount
8   of costs of suit and attorneys' fees awarded, if any.

9

10

11   DATED:  September 03, 2009    By_____
12       Andrew J. Guilford

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28