JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0681-AG(ANx) | Date | December 5, 2011 |
|---|---|---|---|
| Title | CONTEMPORARY SERVICES CORP v LANDMARK EVENT STAFFING SERVICES, INC., ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge | |
|---|---|---|
| Lisa Bredahl | Denise Paddock | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Norris | Melvin Avanzado |
| | Ailleen Gorospe |

**Proceedings:**    STATUS CONFERENCE / HEARING ON MANDATE

　　　Cause is called for hearing and counsel make their appearances.  Court and counsel confer.  Amendment to the Complaint shall be filed no later than January 13, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:    08

　　　　　　　　　　　　　　　　　Initials of Preparer    ag for lmb