Ronald L. Richman, SBN 139189
C. Todd Norris, SBN 181337
E-Mail: ron.richman@bullivant.com
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
CONTEMPORARY SERVICES
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES COURTHOUSE

| | |
|---|---|
| CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual,<br><br>Defendants. | Case No. SACV09-00681 BRO (ANx)<br><br>**DECLARATION OF C. TODD NORRIS IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 1**<br><br>**TO EXCLUDE EVIDENCE CONCERNING STATEMENTS ALLEGEDLY MADE BY ZUMWALT REGARDING HIS ALLEGED USE OF LITIGATION**<br><br>DATE:    September 29, 2014<br>TIME:    1:30 p.m.<br>PLACE:   Courtroom 14<br>The Hon. Beverly Reid O'Connell<br><br>Trial Date: October 7, 2014 |

I, C. Todd Norris, declare as follows:

1. I am an attorney with the law firm of Bullivant Houser Bailey, PC, counsel of record to Plaintiff Contemporary Services Corporation ("CSC"). I have personal knowledge of the following facts stated in this declaration and, if called upon to testify, am competent to do so.

2. On August 28, 2014 I met and conferred by phone with counsel for defendants concerning their intentions to elicit at trial testimony about Damon Zumwalt's alleged statements about his alleged aggressive use of litigation. We discussed the basis for this motion, and defendants declined to refrain from offering into evidence the related declaration of Jack Dahl. Defendants also declined to refrain from eliciting such testimony from trial witnesses.

3. Attached hereto as **Exhibit A** is a true and correct copy of the alleged Declaration of Jack Dahl (dated April 10, 2008) that defendants have repeatedly sought to put before the court in this action, and which defendants have declined to refrain from trying to put before the jury at trial.

4. Attached hereto as **Exhibit B** is a true and correct copy of the declaration of Peter Kranske, filed in this action on July 16, 2014 (Docket No. 226). At paragraph 23, Kranske attributes statements to Damon Zumwalt that Zumwalt allegedly made about his alleged aggressive use of litigation. The statements have no bearing on any issues in this case.

5. Attached hereto as **Exhibit C** is a true and correct copy of the declaration of Damon Zumwalt, filed in this action on August 14, 2014. At paragraph 34, Zumwalt explains that the inflammatory statements attributed to him were never made.

///
///
///
///

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct and that this Declaration was
3 | executed on August 29, 2014 at San Francisco, California.

*[signature]*
C. Todd Norris

15204535.1