Ronald L. Richman, SBN 139189
C. Todd Norris, SBN 181337
E-Mail: ron.richman@bullivant.com
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
CONTEMPORARY SERVICES
CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES COURTHOUSE

| | |
|---|---|
| CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual,<br><br>    Defendants. | Case No. SACV09-00681 BRO (ANx)<br><br>**DECLARATION OF C. TODD NORRIS IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE REFERENCES TO OR EVIDENCE OF OTHER LITIGATION AND CASES INVOLVING CSC, ITS AFFILIATES, OFFICERS, OR THEIR FAMILY MEMBERS**<br><br>DATE:     September 29, 2014<br>TIME:     1:30 p.m.<br>PLACE:   Courtroom 14<br>The Hon. Beverly Reid O'Connell<br><br>Trial Date: October 7, 2014 |

I, C. Todd Norris, declare as follows:

1. I am an attorney with the law firm of Bullivant Houser Bailey, PC, counsel of record to Plaintiff Contemporary Services Corporation ("CSC"). I have personal knowledge of the following facts stated in this declaration and, if called upon to testify, am competent to do so.

2. On August 28, 2014 I met and conferred by phone with counsel for defendants concerning their intentions to elicit at trial testimony about CSC and its owners and his family members involvement in other litigation. We discussed the basis for this motion in limine and defendants declined to refrain from eliciting such evidence at trial.

3. Attached hereto as **Exhibit A** are true and correct copies of relevant excerpts (pages 28-65; 82-85; 110; 114; 126; 158-199; 206; and 236) from the deposition of Damon Zumwalt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 29, 2014 at San Francisco, California.

_____
C. Todd Norris

15204536.1

---
− 1 −
DECLARATION OF C. TODD NORRIS IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE REFERENCES TO OR EVIDENCE OF OTHER LITIGATION