```
 1  Ronald L. Richman, SBN 139189
    C. Todd Norris, SBN 181337
 2  E-Mail: ron.richman@bullivant.com
    E-Mail: todd.norris@bullivant.com
 3  BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
 4  San Francisco, California 94108
    Telephone: 415.352.2700
 5  Facsimile: 415.352.2701

 6  Attorneys for Plaintiff
    CONTEMPORARY SERVICES
 7  CORPORATION
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES COURTHOUSE

| | |
|---|---|
| CONTEMPORARY SERVICES CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual,<br><br>Defendants. | Case No. SACV09-00681 BRO (ANx)<br><br>**DECLARATION OF C. TODD NORRIS IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 7**<br><br>**TO EXCLUDE REFERENCES TO ZUMWALT'S OWNERSHIP OF REAL ESTATE AND CSC'S ALLEGED LEASING OR PAYMENT OF FEES FOR THE USE OF THAT REAL ESTATE**<br><br>DATE:     September 29, 2014<br>TIME:     1:30 p.m.<br>PLACE:    Courtroom 14<br>The Hon. Beverly Reid O'Connell<br><br>Trial Date: October 7, 2014 |

1. I, C. Todd Norris, declare as follows:

1. I am an attorney with the law firm of Bullivant Houser Bailey, PC, counsel of record to Plaintiff Contemporary Services Corporation ("CSC"). I have personal knowledge of the following facts stated in this declaration and, if called upon to testify, am competent to do so.

2. On August 28, 2014, I met and conferred by phone with counsel for defendants concerning their intentions to elicit testimony or introduce evidence at trial about real estate owned by plaintiff's CEO Damon Zumwalt and CSC's leasing or paying of fees for the use of such real estate. We discussed the basis for this motion, and defendants declined to refrain eliciting such testimony or seeking to introduce related evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 29, 2014 at San Francisco, California.

_____
C. Todd Norris

15204570.1

– 1 –
DECLARATION OF C. TODD NORRIS IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* NO. 7 TO EXCLUDE REFERENCES TO ZUMWALT'S OWNERSHIP OF REAL ESTATE