1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CONTEMPORARY SERVICES CORPORATION, a California corporation, | CASE NO. SACV09-00681 BRO (ANx) |
|---|---|
| Plaintiff, | JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, and individual, | |
| Defendants. | |

1          WHEREAS, on January 13, 2012, Plaintiff Contemporary Services Corporation ("CSC") filed its First Amended Complaint (Docket No. 74) against Defendants Landmark Event Staffing Services, Inc. ("Landmark"), Peter Kranske ("Kranske") and Michael Harrison ("Harrison") (collectively "Defendants").

          WHEREAS, CSC's First Amended Complaint asserted claims for (1) misappropriation of trade secrets, (2) violation of the Computer Fraud and Abuse Act, (3) violation of the California Computer Data Access and Fraud Act, (4) intentional interference with prospective economic advantage, (5) civil conspiracy, (6) violation of California's Unfair Competition Law, (7) unjust enrichment, (8) aiding and abetting, and (9) breach of contract.

          WHEREAS, on July 16, 2014, Defendants filed a motion for summary judgment, and alternatively for partial summary judgment (Docket No. 219), on all of CSC's claims in its First Amended Complaint.

          WHEREAS, on August 14, 2014, CSC filed its opposition to Defendants' motion (Docket No. 251).

          WHEREAS, on August 25, 2014, Defendants filed their reply in support of their motion (Docket No. 289).

          WHEREAS, the Court heard oral argument by the parties on September 8, 2014.

          WHEREAS, on September 9, 2014, the Court issued a minute order granting summary judgment in Defendants' favor on all of CSC's claims (Docket No. 350) (the "Summary Judgment Order").

          Pursuant to and in accordance with the Summary Judgment Order, and for all the reasons stated therein and on the record at the September 8, 2014 hearing, the Court HEREBY ORDERS that JUDGMENT be entered as follows:

   1.     On CSC's first cause of action for misappropriation of trade secrets, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR. CSC's first cause of action is hereby DISMISSED WITH PREJUDICE.

2. On CSC's second cause of action for violation of the Computer Fraud and Abuse Act, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

3. On CSC's third cause of action for violation of the California Computer Data Access and Fraud Act, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

4. On CSC's fourth cause of action for intentional interference with prospective economic advantage, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

5. On CSC's fifth cause of action for civil conspiracy, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

6. On CSC's sixth cause of action for violation of California's Unfair Competition Law, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

7. On CSC's seventh cause of action for unjust enrichment, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

8. On CSC's eighth cause of action for aiding and abetting, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

9. On CSC's ninth cause of action for breach of contract, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

Defendants are entitled to their costs of suit. This judgment may be modified to specify the amount of such costs of suit and any attorneys' fees or other costs which may be awarded by further order of the Court.

**IT IS SO ORDERED.**

Dated: September 15, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE