# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEMPORARY SERVICES CORPORATION., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual,<br><br>Defendants. | CASE NO. SACV09-00681 BRO(ANx)<br><br>ORDER GRANTING STIPULATION IN LIEU OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND SANCTIONS AND APPLICATION FOR BILL OF COSTS<br><br>Judgment Entered: September 15, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon the stipulation of Defendants Landmark Event Staffing Services, Inc., Pete Kranske and Mike Harrison (collectively "Defendants"), on the one hand, and Plaintiff Contemporary Services Corporation ("CSC"), on the other hand, by and through their counsel of record, good cause appearing therefor, the Court HEREBY ORDERS as follows:

1. Defendants are prevailing parties in this action under the May 24, 2006 settlement agreement between Kranske and CSC and Damon Zumwalt ("Zumwalt") entered into in the lawsuit entitled *Kranske v. Zumwalt*, Case No. BC 344982 in the Superior Court of California, County of Los Angeles ("Settlement Agreement"), as to which CSC's ninth cause of action against Kranske was based.

2. The Court finds that Defendants' submission of evidence of its costs of defense, including attorneys' fees, is sufficient to support the award of attorneys' fees and costs specified in the stipulation of the parties.  The parties agree that the foregoing amount is a reasonable compromise of defendants' claims for fees and costs.

3. Accordingly, the Court HEREBY awards attorneys' fees and costs, both taxable and non-taxable, in the amount of eight hundred thousand dollars ($800,000.00) (the "Award") in favor of Defendants.  Within three (3) days upon entry of this order, Defendants shall lodge a proposed amended judgment to reflect this Award.

4. The Award and the amended judgment hereon are subject to the terms of the parties' stipulation.

**IT IS SO ORDERED**

DATED: Setember 30, 2014



The Honorable Beverly Reid O'Connell
United States District Court Judge