1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11

12   CONTEMPORARY SERVICES           CASE NO. SACV09-00681 BRO (ANx)
     CORPORATION, a California
13   corporation,                    AMENDED JUDGMENT ON
                                      DEFENDANTS' MOTION FOR
14              Plaintiff,            SUMMARY JUDGMENT

15        v.

16   LANDMARK EVENT STAFFING
     SERVICES, INC., a Delaware
17   corporation, PETER KRANSKE, an
     individual, and MICHAEL HARRISON,
18   and individual,

19              Defendants.

20

21

22

23

24

25

26

27

28

1          WHEREAS, on January 13, 2012, Plaintiff Contemporary Services
2  Corporation ("CSC") filed its First Amended Complaint (Docket No. 74) against
3  Defendants Landmark Event Staffing Services, Inc. ("Landmark"), Peter Kranske
4  ("Kranske") and Michael Harrison ("Harrison") (collectively "Defendants").

5          WHEREAS, CSC's First Amended Complaint asserted claims for (1)
6  misappropriation of trade secrets, (2) violation of the Computer Fraud and Abuse Act,
7  (3) violation of the California Computer Data Access and Fraud Act, (4) intentional
8  interference with prospective economic advantage, (5) civil conspiracy, (6) violation
9  of California's Unfair Competition Law, (7) unjust enrichment, (8) aiding and
10  abetting, and (9) breach of contract.

11          WHEREAS, on July 16, 2014, Defendants filed a motion for summary
12  judgment, and alternatively for partial summary judgment (Docket No. 219), on all of
13  CSC's claims in its First Amended Complaint.

14          WHEREAS, on August 14, 2014, CSC filed its opposition to Defendants'
15  motion (Docket No. 251).

16          WHEREAS, on August 25, 2014, Defendants filed their reply in support
17  of their motion (Docket No. 289).

18          WHEREAS, the Court heard oral argument by the parties on September
19  8, 2014.

20          WHEREAS, on September 9, 2014, the Court issued a minute order
21  granting summary judgment in Defendants' favor on all of CSC's claims (Docket No.
22  350) (the "Summary Judgment Order").

23          WHEREAS, on September 15, 2014 the Court entered judgment in
24  Defendants' favor (the "Original Judgment") (Docket No. 355.)

25          WHEREAS, on September 29, 2014, Defendants and CSC filed a
26  stipulation  in lieu of Defendants' motion for attorneys' fees and sanctions and
27  application to tax costs and in which in which the parties stipulated as to the amount
28  of Defendants' attorneys' fees and costs, both taxable and non-taxable, in the amount

PRINTED ON
RECYCLED PAPER

1    of eight hundred thousand dollars ($800,000.00) (the "Award").

2           WHEREAS, on September 30, 2014 this Court granted the parties'

3    stipulation and ordered the Award (the "Order Awarding Fees and Costs") (Docket

4    No. 359).

5           Pursuant to and in accordance with the Summary Judgment Order, and

6    the Order Awarding Fees and Costs, and for all the reasons stated therein and on the

7    record at the September 8, 2014 hearing, the Court HEREBY ORDERS that this

8    AMENDED JUDGMENT be entered as follows:

9           1.    On CSC's first cause of action for misappropriation of trade

10   secrets, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

11          2.    On CSC's second cause of action for violation of the Computer

12   Fraud and Abuse Act, JUDGMENT IS ENTERED IN DEFENDANTS'

13   FAVOR.

14          3.    On CSC's third cause of action for violation of the California

15   Computer Data Access and Fraud Act, JUDGMENT IS ENTERED IN

16   DEFENDANTS' FAVOR.

17          4.    On CSC's fourth cause of action for intentional interference with

18   prospective economic advantage, JUDGMENT IS ENTERED IN

19   DEFENDANTS' FAVOR.

20          5.    On CSC's fifth cause of action for civil conspiracy, JUDGMENT

21   IS ENTERED IN DEFENDANTS' FAVOR.

22          6.    On CSC's sixth cause of action for violation of California's Unfair

23   Competition Law, JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

24          7.    On CSC's seventh cause of action for unjust enrichment,

25   JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

26          8.    On CSC's eighth cause of action for aiding and abetting,

27   JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

28          9.    On CSC's ninth cause of action for breach of contract,

1    JUDGMENT IS ENTERED IN DEFENDANTS' FAVOR.

2         10.    Defendants are awarded attorneys' fees and costs, both taxable and

3    non-taxable, in the amount of eight hundred thousand dollars ($800,000.00).

4         11.    This amended judgment supersedes and replaces the Original

5    Judgment (Docket No. 355.)

6

7

8    **IT IS SO ORDERED.**

9    Dated:  October 2, 2014

10   _____
     HONORABLE BEVERLY REID O'CONNELL
     UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28