| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>C. TODD NORRIS | 2. PHONE NUMBER<br>415-352-2700 | 3. DATE<br>10/23/14 |
|---|---|---|
| 4. FIRM NAME: BULLIVANT HOUSER BAILEY PC | 5. E-MAIL ADDRESS: todd.norris@bullivant.com | |
| 6. MAILING ADDRESS<br>601 CALIFORNIA STREET, SUITE 1800 | 7. CITY<br>SAN FRANCISCO | 8. STATE  CA  9. ZIP CODE  94108 |
| 10. CASE NUMBER<br>8:09-cv-00681 | 11. CASE NAME<br>CONTEMPORARY SERVICES CORP. v. LANDMARK | 12. JUDGE<br>HON. BEVERLY REID O'CONNELL |
| 13. APPEAL CASE NUMBER<br>14-56636 | 14. ORDER FOR   ☒ APPEAL   ☐ NON-APPEAL   ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER _____ | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| SEPT. 8, 2014 | MYRA PONCE | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☒ OTHER (PLEASE SPECIFY): DEFENDANTS' SUMMARY JUDGMENT HEARING |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☒ | PDF FORMAT | ☒ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month: SEPTEMBER   Day: 8   Year: 2014
Transcript payment arrangements were made with:

17. DATE: OCTOBER 23, 2014

NAME OF OFFICIAL: MYRA PONCE

18. SIGNATURE:
/s/ C. Todd Norris

Payment of estimated transcript fees were sent on the following date:
Month:   Day:   Year:

G-120 (09/12)

American LegalNet, Inc.
www.FormsWorkFlow.com