1 | Ronald L. Richman, SBN 139189
C. Todd Norris, SBN 181337
2 | E-Mail: ron.richman@bullivant.com
E-Mail: todd.norris@bullivant.com
3 | BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
4 | San Francisco, California 94108
Telephone: 415.352.2700
5 | Facsimile: 415.352.2701

6 | Attorneys for Plaintiff
CONTEMPORARY SERVICES
7 | CORPORATION

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION – LOS ANGELES COURTHOUSE

11

| | |
|---|---|
| 12 CONTEMPORARY SERVICES CORPORATION, a California 13 corporation, | Case No. SACV09-00681 BRO (ANx) |
| 14 Plaintiff, | **STIPULATION TO ORDER APPROVING SUPERSEDEAS BOND AND ISSUING STAY PENDING APPEAL** |
| 15 vs. | |
| 16 LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, 17 PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual, | |
| 18 | |
| 19 Defendants. | The Hon. Beverly Reid O'Connell |

20 | **RECITALS**

21 | WHEREAS, on September 9, 2014, the Court granted Defendants' motion

22 | for summary judgment on all of CSC's claims against them in the FAC (Docket

23 | No. 350) (the "MSJ Order") and entered judgment thereon on September 15, 2014

24 | (Docket No. 355).

25 | WHEREAS, on September 29, 2014, the parties stipulated to an amended

26 | judgment, awarding defendants costs and fees whereby defendants agreed not to

27 | execute on the amended judgment until after CSC's rights on appeal have been

28

15295223.1      – 1 –

STIPULATION TO ORDER APPROVING SUPERSEDEAS BOND AND ISSUING STAY PENDING APPEAL

exhausted, provided that CSC, within 60 days of entry of the amended judgment, obtained a bond in Defendants' favor in an amount sufficient to secure the amended judgment and any related costs thereon (Docket No. 358 at ¶ 3).

WHEREAS, the court entered the stipulated amended judgment, awarding costs and fees to defendants on October 2, 2014 (Docket No. 363).

WHEREAS, on October 13, 2014, Contemporary Services Corporation filed a Notice of Appeal from the amended judgment (366).

## STIPULATION

NOW THEREFORE, the parties hereto, by and through their counsel of record, and upon approval of the Court, hereby STIPULATE to an Order Approving the Supersedeas Bond, attached hereto as Exhibit A, in the amount of $960,000.00, and issuing a stay from enforcement of the Judgment (including attorney fees, costs and interests) until the final disposition of plaintiff's appeal, which appeal is currently pending in the U.S. Court of Appeals for the Ninth Circuit.

DATED:  November 24, 2014

BULLIVANT HOUSER BAILEY PC


By /s/  C. Todd Norris
    Ronald L. Richman
    C. Todd Norris
    Attorneys for Plaintiff
    CONTEMPORARY SERVICES
    CORPORATION

THE AVANZADO LAW FIRM


By /s/  Melvin N.A. Avanzado
    Melvin N.A. Avanzado
    Attorneys for Defendants Landmark Event
    Staffing Services, Inc., Peter Kranske and
    Michael Harrison


*****

15295223.1

–2–

STIPULATION TO ORDER APPROVING SUPERSEDEAS BOND AND ISSUING STAY PENDING APPEAL

# EXHIBIT A

# Fidelity and Deposit Company of Maryland
Home Office:  1400 American LN, Schaumburg, IL 60196

Bond# 09126267

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES COURTHOUSE

| | |
|---|---|
| CONTEMPORARY SERVICES CORPORATION, a California corporation,<br>                       Plaintiff,<br>       vs.<br>LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual,<br><br>                       Defendants. | Case No. SACV09-00681 BRO (ANx)<br><br>**SUPERSEDEAS BOND**<br><br>The Hon. Beverly Reid O'Connell |

WHEREAS, the above named Contemporary Services Corporation desires to give an undertaking for Stipulation in Lieu of Defendants' Motion for Attorney Fees and Santions and Application for Bill of Costs.

NOW THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally, to LANDMARK EVENT STAFFING SERVICES, INC., a Delaware corporation, PETER KRANSKE, an individual, and MICHAEL HARRISON, an individual under said statutory obligations in the sum of Nine Hundred Sixty Thousand and no/100 dollars ($960,000).

NOW, THEREFORE, if this Plaintiff shall pay the amount of the final judgment herein, if its appeal shall be dismissed or the judgment affirmed or modified together with all costs that may be awarded, not to exceed the sum of $960,000 then this bond is void, otherwise to be and remain in full force and effect.

IN TESTIMONY WHEREOF, the said Surety has caused its corporate name and seal to be hereunto affixed by its duly authorized officer.

Signed, sealed and dated this 19th day of November, 2014.


FIDELITY AND DEPOSIT COMPANY OF MARYLAND

By: _____

Josefina Rojo, Attorney-in-Fact

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by FRANK E. MARTIN JR., Vice President, and ERIC D. BARNES, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint **Jacquelyn M. NORSTROM, Judith A. MCGOOGAN, John P. HARNEY, Josefina ROJO and Adam J. CANTU, all of Chicago, Illinois, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Jacquelyn M. NORSTROM, Joseph C. ZAHN, Judith A. MCGOOGAN, John P. HARNEY, Josefina CERVANTES, dated May 9, 2006.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 28th day of November, A.D. 2011.

ATTEST:                    **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**



By:

*Eric D. Barnes     Assistant Secretary     Frank E. Martin Jr.     Vice President*

State of Maryland  } ss:
City of Baltimore

On this 28th day of November, A.D. 2011, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came FRANK E. MARTIN JR., Vice President, and ERIC D. BARNES, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

*Constance A. Dunn     Notary Public*
My Commission Expires: July 14, 2015

POA-F 036-0909

## EXTRACT FROM BY-LAWS OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND

"Article VI, Section 2. The Chairman of the Board, or the President, or any Executive Vice-President, or any of the Senior Vice-Presidents or Vice-Presidents specially authorized so to do by the Board of Directors or by the Executive Committee, shall have power, by and with the concurrence of the Secretary or any one of the Assistant Secretaries, to appoint Resident Vice-Presidents, Assistant Vice-Presidents and Attorneys-in-Fact as the business of the Company may require, or to authorize any person or persons to execute on behalf of the Company any bonds, undertaking, recognizances, stipulations, policies, contracts, agreements, deeds, and releases and assignments of judgements, decrees, mortgages and instruments in the nature of mortgages,...and to affix the seal of the Company thereto."

## CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company,

this ___19th___ day of ___November___, ___2014___.

*Assistant Secretary*

State of Illinois
County of Cook

On this _____19th_____ day of _____November_____ 20<u>1</u>4, before me personally appeared _____Josefina Roio_____ , known to me to be the Attorney-in-fact of _____Fidelity and Deposit Company of Maryland_____ , the corporation that executed the within instrument, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the aforesaid county, the day and year in this certificate first above written.

_____
(Notary Public)

(Seal)

```
"OFFICIAL SEAL"
SARAH GREEN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 04/17/16
```